JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUSAN'S BIRTHDAY, LLC, a California limited liability company,<br><br>    Defendant. | CASE NO. 2:18-cv-07172<br><br>**Order for Entry of Judgment**<br><br>Hon. John F. Walter |
|---|---|

Before the Court is the parties' Stipulation for Entry of Judgment. Having considered the Stipulation, the Stipulation is GRANTED.

**IT IS HEREBY ORDERED** that judgment shall be entered in favor of Plaintiffs Directors of the Motion Picture Industry Pension and Health Plans in the amount of $47,806.63, plus post-judgment interest as provided by law. Enforcement of the judgment shall be stayed pending the timely completion of the terms of the parties' stipulation and settlement agreement. This Court shall retain jurisdiction to enforce and interpret the parties' settlement agreement and Stipulation and the judgment.

**IT IS SO ORDERED.**

Date: **December 21, 2018**

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

641697v1  11011-27014